No. 99, Misc. DEAN *v.* OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Earl W. Allison* for respondent.

No. 303, Misc. RAY *v.* CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 333, Misc. POTTER *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Edsel W. Haws,* Deputy Attorneys General, for respondent.

No. 479, Misc. JARVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 568, Misc. PARKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 601, Misc. FULLEN *v.* WYOMING. C. A. 10th Cir. Certiorari denied.

No. 612, Misc. McDOWELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.